LOUISE RIZIK, Appellant, *v.* INCORPORATED VILLAGE OF LYNBROOK, Respondent.

Argued March 6, 1944; decided April 13, 1944.

*Joseph H. Sand, Henry H. Shepard, Harry Sand* and *Samuel Wulwick* for appellant.

*Clarence S. Zipp* and *Francis T. Lynch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.